

FILED MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8244

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Baudelio TIZOC-Ramirez,<br><br>　　　　　Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about March 17, 2008, within the Southern District of California, defendant Baudelio TIZOC-Ramirez, did knowingly and intentionally import approximately 3.20 kilograms (7.04 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　Hugo A. Leon
　　　　　　　　　　　　　　　　Hugo A. Leon, Special Agent
　　　　　　　　　　　　　　　　Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, MARCH 18, 2008.

　　　　　　　　　　　　　　　　Peter C. Lewis
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Baudelio TIZOC-Ramirez

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On March 17, 2008, at approximately 1844 hours, Customs and Border Protection (CBP) Officer Troy A. Bryant was conducting Pre-Primary roving operations at the Calexico East Port of Entry when he selected a green 2001 Dodge Ram 1500 truck bearing Baja California, Mexico license plates BM98211 for further inspection. CBP Officer Bryant received a negative Customs declaration from the driver and sole occupant of the Dodge Ram, Baudelio TIZOC-Ramirez. CBP Officer Bryant conducted a visual inspection of the Dodge Ram and noticed that the intake manifold area had fingerprint smudges around it, along with tool marks on the bolts.

CBP Officer Bryant requested the vehicle registration and noticed that TIZOC-Ramirez's hand was noticeably shaking when handing the registration over. CBP Officer Bryant then removed the vacuum hose from the intake manifold and noticed an obstruction where there should not be one. TIZOC-Ramirez was then handcuffed and escorted to the Security Office where he was patted down with negative results.

In Vehicle Secondary, CBP Officer Holguin extracted a white, crystal like substance, that field-tested positive for methamphetamine. A total of seven (7) packages were removed from the Dodge Ram's intake manifold. The total weight of the packages was approximately 3.20 kilograms (7.04 pounds).

TIZOC-Ramirez was advised of his rights per Miranda. TIZOC-Ramirez stated that he understood his rights and was willing to make a statement without an attorney present. TIZOC-Ramirez denied any knowledge of the methamphetamine found in the Dodge Ram. TIZOC-Ramirez stated that he drove into Mexicali, Mexico on March 17, 2008 at approximately 0730 hours and picked up the Dodge Ram between 0900-1000 hours from an unknown male. TIZOC-